J-S25021-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| ALEXANDER CASH, JR. | |
| Appellee | No. 1490 WDA 2014 |

Appeal from the Order entered August 12, 2014
In the Court of Common Pleas of Butler County
Criminal Division at No: CP-10-CR-0002279-2011

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| ALEXANDER CASH, JR. | |
| Appellee | No. 1491 WDA 2014 |

Appeal from the Order entered August 12, 2014
In the Court of Common Pleas of Butler County
Criminal Division at No: CP-10-CR-0000659-2011

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| ALEXANDER CASH, JR. | |
| Appellee | No. 1492 WDA 2014 |

Appeal from the Order entered August 12, 2014
In the Court of Common Pleas of Butler County

Criminal Division at No: CP-10-CR-0000658-2011

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ┆ | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | ┆ | |
| v. | ┆ | |
| ALEXANDER CASH, JR. | ┆ | |
| Appellee | ┆ | No. 1493 WDA 2014 |

Appeal from the Order entered August 12, 2014
In the Court of Common Pleas of Butler County
Criminal Division at No: CP-10-CR-0000656-2011

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ┆ | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | ┆ | |
| v. | ┆ | |
| ALEXANDER CASH, JR. | ┆ | |
| Appellee | ┆ | No. 1494 WDA 2014 |

Appeal from the Order entered August 12, 2014
In the Court of Common Pleas of Butler County
Criminal Division at No: CP-10-CR-0000347-2011

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ┆ | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | ┆ | |
| v. | ┆ | |
| ALEXANDER CASH, JR. | ┆ | |
| Appellee | ┆ | No. 1495 WDA 2014 |

Appeal from the Order entered August 12, 2014
In the Court of Common Pleas of Butler County

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellant | |
| v. | |
| ALEXANDER CASH, JR., A/K/A MARLO TYSHAWN JOHNSON | |
| Appellee | No. 1496 WDA 2014 |

Appeal from the Order entered August 12, 2014
In the Court of Common Pleas of Butler County
Criminal Division at No: CP-10-CR-0000062-2010

BEFORE:  BENDER, P.J.E., STABILE, and PLATT,[*] JJ.

JUDGMENT ORDER BY STABILE, J.:                    **FILED MAY 28, 2015**

In these seven consolidated cases, the trial court *sua sponte*, and without notice to any party, entered "amended orders" on August 12, 2014, modifying the sentences of Appellee, Alexander Cash, Jr., to make him eligible for boot camp.  The trial court entered these orders more than two years after it sentenced Appellee on May 17, 2012.  The Commonwealth appeals, and the trial court concedes it lacked jurisdiction to modify its prior judgments.  We agree.

Generally, a trial court loses jurisdiction to modify its orders 30 days after entry of the order.  42 Pa.C.S.A. § 5505.  The general rule is subject to a court's limited, inherent authority to "correct patent errors despite the

_____

[*] Retired Senior Judge assigned to the Superior Court.

- 3 -

absence of traditional jurisdiction." ***Commonwealth v. Holmes***, 933 A.2d 57, 65 (Pa. 2007).

The trial court apparently entered the August 12, 2014 amended orders in response to a letter from the Department of Corrections (DOC). There is no suggestion that the May 17, 2012 judgments of sentence contained patent errors subject to correction absent a lack of traditional jurisdiction. Indeed, Appellee's negotiated pleas did not include a discussion of boot camp, because he is serving a 5 to 15 year sentence and therefore is ineligible for boot camp. ***See*** 61 Pa.C.S.A. § 3903 (defining "eligible inmate" as a person serving a maximum sentence of five years or less). In sum, the trial court lacked jurisdiction to enter the August 12, 2014 amended orders. Therefore, we vacate those orders.

Orders vacated. Cases remanded. Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 5/28/2015

- 4 -